UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No 04-40267FDS

MARIA DOS ANJOS and OEUN ROS

   Plaintiffs,

v.

THE GREEN AT SHREWSBURY CONDOMINIUM TRUST, MJS ASSOCIATES INC. and STELLA MUNRO

   Defendants

## NOTICE OF APPEARANCE

Now comes the undersigned, William F. Burke, and hereby enters his appearance as counsel for the above-captioned Defendants, THE GREEN AT SHREWSBURY CONDOMINIUM TRUST, MJS ASSOCIATES, INC., and STELLA MUNRO

Respectfully submitted,

WILLIAM F. BURKE
William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, 3rd Floor
Boston, MA 02110
(617) 292-2300

Dated: 3/10/05