UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No 04-40267FDS

MARIA DOS ANJOS and OEUN ROS
   Plaintiffs,

v.

THE GREEN AT SHREWSBURY CONDOMINIUM
TRUST, MJS ASSOCIATES INC. and STELLA MUNRO
   Defendants

**DEFENDANT'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

    Now come the Defendants, THE GREEN AT SHREWSBURY CONDOMINIUM TRUST, MJS ASSOCIATES, INC., and STELLA MUNRO, by and through their attorney, and disclose that MJS ASSOCIATES, INC. is a Massachusetts domestic profit corporation with a principal place of business at 54 Main Street, Maynard, Massachusetts 01776.

Respectfully submitted,

*William F. Burke* /s/
William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, 3rd Floor
Boston, MA 02110
(617) 292-2300

Dated: 3/10/05

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 3/15/05