UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA DOS ANJOS and OEUN ROS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GREEN AT SHREWSBURY CONDOMINIUM )<br>TRUST, MJS ASSOCIATES, INC. and STELLA )<br>MUNRO )<br>)<br>Defendants ) | CIVIL ACTION<br>No. 04CV40267-FDS |

## NOTICE OF APPEARANCE

Now comes the undersigned, Sergio E. Carvajal, and hereby enter this appearance as additional counsel for above captioned Plaintiffs, Maria Dos Anjos and Ouen Ros.

　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　PLAINTIFFS
　　　　　　　　　　　　　　　　　　By their attorney

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Sergio E. Carvajal, BBO# 645276
　　　　　　　　　　　　　　　　　　Legal Assistance Corp.
　　　　　　　　　　　　　　　　　　of Central Massachusetts
　　　　　　　　　　　　　　　　　　405 Main Street
　　　　　　　　　　　　　　　　　　Worcester, MA 01608
　　　　　　　　　　　　　　　　　　(508)752-3718

Date: May 9, 2005