UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIA DOS ANJOS and OEUN ROS

   Plaintiffs,

v.

THE GREEN AT SHREWSBURY CONDOMINIUM
TRUST, MJS ASSOCIATES, INC. and STELLA
MUNRO

   Defendants

CIVIL ACTION
No. 04CV40267-FDS

## PARTIES' LOCAL RULE 16.1 JOINT STATEMENT

The parties hereby certify that they have met and conferred pursuant to the requirements of Local Rule 16.1 and Rule 26(f), F.R.C.P., and as result of said meeting submit the following joint statement as required by those rules.

1. **Initial Disclosures.** Initial disclosures required by Rule 26(a)(1), F.R.C.P., shall be completed by May 20, 2005.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after August 31, 2005.

3. **Facts Discovery-Interim Deadlines.**

   a. All requests for production of documents and interrogatories must be served by November 1, 2005.

   b. All requests for admissions must be served by November 1, 2005.

   c. All depositions, other than expert depositions, must be completed by December 15, 2005.

4. **Fact Discovery-Final Deadlines.** All discovery, other than expert discovery, shall be completed by January 15, 2006

5. **Expert Discovery.**

   a. Plaintiffs' trial expert shall be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) shall be disclosed, by February 15, 2006.

   b. Plaintiffs' trial experts shall be deposed by March 15, 2006.

   c. Defendants' trial expert shall be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) shall be disclosed, by March 30, 2006.

   d. Defendants' trial experts shall be deposed by April 30, 2006.

6. **Dispositive Motions.**

   a. Dispositive motions shall be filed by March 15, 2006.

   b. Oppositions to dispositive motions shall be filed within thirty (30) days after service of the motion.

| DEFENDANTS<br>By their attorney | PLAINTIFFS<br>By their attorneys, |
|---|---|
| WILLIAM F. BURKE /s SEC<br>William F. Burke, BBO#065780<br>Burke & McMenimen, P.C.<br>35 India Street, 3rd Floor<br>Boston, MA 02110<br>Tel. (617) 292-2300<br>Fax. (617) 457-5772 | Jonathan L. Mannina, BBO # 636492<br>Sergio E. Carvajal, BBO#645276<br>Legal Assistance. Corp. of Central Mass.<br>405 Main Street<br>Worcester, MA 01608<br>Tel: (508) 752-3718<br>Fax: (508) 752-5918 |
| Dated: May 18, 2005 | Dated: May 18, 2005 |
| | JOEL H. FELDMAN /s SEC<br>Joel H. Feldman, BBO # 552963<br>Heisler Feldman & McCormick, PC<br>1145 Main Street, Suite 215<br>Springfield, MA 01103<br>Tel: (413) 788-7988<br>Fax: (508) 788-7996 |
| | Dated: May 18, 2005 |

## CERTIFICATE OF SERVICE

I, Sergio E. Carvajal, attorney for the Plaintiffs, hereby certify that I have on this 18th day of MAY, 2005, mailed the within, postage prepaid, to William F. Burke, Esq., Burke & McMenimen, P.C., 35 India Street, 3rd Floor, Boston, MA 02110 and Joel H. Feldman, Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103.

_____
Sergio E. Carvajal