UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA DOS ANJOS and OEUN ROS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE GREEN AT SHREWSBURY )<br>CONDOMINIUM TRUST, MJS ASSOCIATES, )<br>INC., and STELLA MUNRO )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. |

PLAINTIFF'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, Oeun Ros, and her counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course of the litigation and various alternative courses; and (b) to consider the resolution of the litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff's attorneys,

Jonathan Mannina, Esq.
Legal Assist. Corp. of Central Mass.
405 Main Street
Worcester, MA 01608
Tel.: (508) 752-3718
Fax: (508) 752-5918

Dated: 5-14-05

_JOEL H. FELDMAN b/ßEC_
Joel Feldman, Esq.
Heisler, Feldman & McCormick, PC
1145 Main Street, Suite 215
Springfield, MA  01103
Tel.: (413) 788-7988
Fax: (413) 788-7996

Dated: 5/14/05



Plaintiff,

_[signature]_
Oeun Ros
48-B Shrewsbury Green Drive
Shrewsbury, MA  01545

Dated: 11-9-04

## CERTIFICATE OF SERVICE

    I, Sergio E. Carvajal, attorney for the Plaintiffs, hereby certify that I have on this 19th day of MAY, 2005, mailed the within, postage prepaid, to William F. Burke, Esq., Burke & McMenimen, P.C., 35 India Street, 3rd Floor, Boston, MA 02110 and Joel H. Feldman, Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103.

                                    Sergio E. Carvajal