UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA DOS ANJOS and OEUN ROS<br><br>Plaintiffs,<br><br>v.<br><br>THE GREEN AT SHREWSBURY<br>CONDOMINIUM TRUST, MJS ASSOCIATES,<br>INC., and STELLA MUNRO<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)

The Plaintiff, Maria Dos Anjos, and her counsel hereby certify that they have

conferred (a) with a view to establishing a budget for the costs of conducting the full

course of the litigation and various alternative courses; and (b) to consider the resolution

of the litigation through alternative dispute resolution programs such as those outlined in

Local Rule 16.4.

Plaintiff's attorneys,

Jonathan Mannina, Esq.
Legal Assist. Corp. of Central Mass.
405 Main Street
Worcester, MA  01608
Tel.: (508) 752-3718
Fax: (508) 752-5918

Dated: 5-14-05

_JOEL F/ FELDMAN /s/ SFS_

Joel Feldman, Esq.
Heisler, Feldman & McCormick, PC
1145 Main Street, Suite 215
Springfield, MA  01103
Tel.: (413) 788-7988
Fax: (413) 788-7996

Dated: _5/14/05_

Plaintiff,

_Maria R dosaujos_

Maria Dos Anjos
14-D Shrewsbury Green Drive
Shrewsbury, MA  01545

Dated: _11-30-04_

2

## CERTIFICATE OF SERVICE

I, Sergio E. Carvajal, attorney for the Plaintiffs, hereby certify that I have on this 15th day of MAY , 2005, mailed the within, postage prepaid, to William F. Burke, Esq., Burke & McMenimen, P.C., 35 India Street, 3rd Floor, Boston, MA  02110 and Joel H. Feldman, Heisler, Feldman & McCormick, P.C. , 1145 Main Street, Suite 508, Springfield, MA 01103.

Sergio E. Carvajal