UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA DOS ANJOS and OEUN ROS<br><br>    Plaintiffs,<br><br>v.<br><br>THE GREEN AT SHREWSBURY CONDOMINIUM<br>TRUST, MJS ASSOCIATES, INC. and STELLA<br>MUNRO<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>)<br>) No. 04CV40267-FDS |

## STIPULATION TO EXTEND DISCOVERY DEADLINES

The parties, pursuant to the Scheduling Order of May 20, 2005, hereby agree to extend the following deadlines related to fact discovery:

1) All requests for admissions must be served by January 15, 2006.
2) All depositions, other than expert depositions, must be completed by January 15, 2006.
3) All discovery, other than expert discovery, shall be completed by February 15, 2006.

DEFENDANTS
By their attorney

_William Burke_

William F. Burke, BBO # 065780
Michael D. Riseberg, BBO# 567771
Adler Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
Tel. (617) 482-0600
Fax. (617) 482-0604

Dated:

PLAINTIFFS
By their attorneys,

Jonathan L. Mannina, BBO # 636492
Sergio E. Carvajal, BBO#645276
Legal Assistance Corp. of Central Mass
405 Main Street
Worcester, MA 01608
Tel: (508) 752-3718
Fax: (508) 752-5918

Dated:

_(signature)_

Joel H. Feldman, BBO # 552963
Heisler Feldman & McCormick, PC
1145 Main Street, Suite 215
Springfield, MA 01103
Tel: (413) 788-7988
Fax: (508) 788-7996

Dated: _11-18-05_

## CERTIFICATE OF SERVICE

I, Jonathan L Mannina, attorney for the Plaintiffs, hereby certify that I have on this _18_ day of _November_, 2005, mailed the within, postage prepaid, to William F. Burke, Esq., Adler Pollack & Sheehan, P.C., 175 Federal Street, Boston, MA 02110 and Joel H. Feldman, Heisler, Feldman & McCormick, P.C. , 1145 Main Street, Suite 508, Springfield, MA 01103.

_(signature)_

Jonathan L. Mannina